[No. 3189-43001-1.    Division One.    November 3, 1975.]

BUDGET RENT-A-CAR OF WASHINGTON-OREGON, INC., *Respondent*, v. TOYOKO OKIYAMA, ET AL, *Appellants*, GIL KIM, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 744947, Ward Roney, J., entered October 5, 1973. *Reversed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Callow, J.

[No. 1592-1.    Division One.    November 3, 1975.]

JOHN R. BOCEK, *Respondent*, v. THE CITY OF AUBURN, *Respondent*, HARRY CORLISS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 736125, F. A. Walterskirchen, J., entered November 3, 1971. *Reversed* by unpublished per curiam opinion.

[No. 2801-1.    Division One.    November 10, 1975.]

ANDREW F. GREIN, ET AL, *Appellants*, v. WESTERN CONFERENCE OF TEAMSTERS PENSION PLAN TRUSTEES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 731617, Lloyd W. Bever, J., entered February 5, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Swanson, J.

[No. 1423-3    Division Three.    November 12, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JACKIE FRANKLIN MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 3738, Felix Rea, J., entered February 7, 1975. *Affirmed* by unpublished per curiam opinion.